IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:26MJ 21-DCK |
| v. | ) |
| | ) |
| FRANCISCO GONZALEZ MALDONADO, | ) |
| a/k/a FRANCISCO MALDONADO, | ) |
| a/k/a FRANCISCO MALDONADO GONZALEZ, | ) |
| a/k/a JUAN MARTINEZ | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Consuelo Burch, Deportation Officer, Immigration and Customs Enforcement, United States Department of Homeland Security, being duly sworn, state the following:

### BACKGROUND

1. That your Affiant is a graduate of the Federal Law Enforcement Training Center (FLETC) and has been employed as a federal officer of Immigration and Customs Enforcement (ICE) and the United States Border Patrol (USBP) for sixteen years, during which time she has conducted numerous investigations relating to administrative and criminal violations of the Immigration & Nationality Act (INA);

2. That the information contained in this Affidavit is based on your Affiant's personal participation in this investigation and from information provided to your Affiant by other law enforcement officers. This Affidavit is submitted for the limited purpose of presenting facts to support a probable cause finding for the issuance of a criminal complaint against FRANCISCO GONZALEZ MALDONADO (GONZALEZ MALDONADO), a/k/a Francisco Maldonado, a/k/a Francisco Maldonado Gonzalez, a/k/a Juan Martinez. Your Affiant has not

1

included each and every fact known to her concerning this investigation and she has set forth only those facts necessary for said purpose;

3. That sufficient facts exist to support a probable cause finding that GONZALEZ MALDONADO has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (illegal re-entry into the United States by a previously removed alien after he had been convicted for the commission of an aggravated felony);

4. That, on January 10, 2026, the Pineville, North Carolina, Police Department arrested GONZALEZ MALDONADO and charged him with ASSAULT GOVT OFFICIAL/EMPLY and HIT/RUN FAIL STOP PROP DAMAGE;

5. That, on January 11, 2026, the Mecklenburg County, North Carolina, Sheriff's Office arrest prints were submitted to the FBI pursuant to the federal initiative Secure Communities, via an Immigration Alien Query. The fingerprint-based report disclosed that GONZALEZ MALDONADO was the subject of FBI Number 25010XB4, State Identification Numbers NC0988071A and SC02475928, Immigration A-file Number 095-128-043, and that immigration records indicated that he was previously removed from the United States without record of legal re-entry;

6. That, on January 11, 2026, an Immigration Detainer (agency form I-247A) was lodged against GONZALEZ MALDONADO at the Mecklenburg, North Carolina, County Jail;

7. That, on January 29, 2026, GONZALEZ MALDONADO was convicted in the District Court in Mecklenburg County, North Carolina for ASSAULT ON A GOVERNMENT OFFICIAL/EMPLOYEE and sentenced to eighteen (18) days imprisonment;

2

8. That your Affiant conducted criminal justice inquiries and database searches, reviewed Immigration A-file 095 128 043 relating to GONZALEZ MALDONADO, and discovered that:

   a. his name is FRANCISCO GONZALEZ MALDONADO, per a copy of his Mexican passport in his Immigration A-file;
   b. he is also known as Francisco Maldonado, Francisco Maldonado Gonzalez, and Juan Martinez;
   c. he is citizen of Mexico by birth in Guerrero, Mexico on May 14, 1986, per a copy of his Mexican passport and CUPR ID Card (issued by the Mexican government, similar to a Social Security card);
   d. he was assigned FBI Number 25010XB4, State Identification Numbers NC0988071A, SC02475928, USMS Register Numbers 95128-043 and 29514-058, and DOC Number 0809562;
   e. on July 25, 2003, GONZALEZ MALDONADO was convicted in Union County, North Carolina, Superior Court, for FELONY BREAKING OR ENTERING A MOTOR VEHICLE and was sentenced to 60 months' supervised probation;
   f. on October 7, 2003, Immigration and Customs Enforcement (ICE) encountered GONZALEZ MALDONADO in Charlotte, North Carolina. GONZALEZ MALDONADO was determined to be unlawfully present in the United States, provided a Notice to Appear (agency form I-862), and ordered to appear before an Immigration Judge on April 22, 2004;
   g. on October 7, 2003, GONZALEZ MALDONADO was released from ICE custody on Order of Release on Recognizance (agency form I-220A);
   h. on April 22, 2004, an Immigration Judge ordered *in absentia* GONZALEZ MALDONADO removed from the United States to Mexico;
   i. on September 13, 2004, GONZALEZ MALDONADO was convicted in Mecklenburg County, North Carolina, Superior Court for FELONY POSSESSION OF A WEAPON OF MASS DESTRUCTION. GONZALEZ MALDONADO was sentenced to ten (10) to twelve (12) months' confinement;
   j. on February 4, 2005, a Warrant of Removal/Deportation (agency form I-205) was executed by including his fingerprint, photo, and signature, and GONZALEZ MALDONADO was removed on foot from the United States to Mexico at Brownsville, Texas, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Attorney General;
   k. on June 3, 2014, the Charlotte Mecklenburg Police Department arrested GONZALEZ MALDONADO for MISDEMEANOR ASSAULT ON A FEMALE BY MALE AT LEAST 18 YEARS OF AGE and COMMUNICATING THREATS;
   l. on June 3, 2014, Mecklenburg County ICE 287(g) Deputies determined GONZALEZ MALDONADO to be unlawfully present in the United States and lodged an

    Immigration Detainer (agency form I247A) with the Mecklenburg County, North Carolina, Jail;

m. on June 3, 2014, Mecklenburg County deputy sheriffs assigned to ICE's 287(g) program determined GONZALEZ MALDONADO to be unlawfully present in the United States and lodged an Immigration Detainer (agency form I247A) with the Mecklenburg County, North Carolina, Jail;

n. on June 16, 2014, Mecklenburg County, North Carolina, ICE 287(g) Deputies issued GONZALEZ MALDONADO a Notice of Intent/Decision to Reinstate Prior Order (agency form I-871);

o. on December 16, 2014, the United States District Court for the Western District of North Carolina, convicted GONZALEZ MALDONADO for Illegal Reentry of a Convicted Felon, in violation of Title 8, United States Code, Section 1326(a) and (b)(1), and sentenced him for a term of TIME SERVED (Case Number 3:14-cr-00138);

p. on January 15, 2015, a Warrant of Removal/Deportation (agency form I-205) was executed by including his fingerprint, photo, and signature, and GONZALEZ MALDONADO was removed on foot from the United States to Mexico at Brownsville, Texas, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

q. on September 24, 2017, the Stallings, North Carolina, Police Department arrested GONZALEZ MALDONADO for ASSAULT ON A FEMALE and COMMUNICATING THREATS. GONZALEZ MALDONADO was transported to the Union, North Carolina, County Jail. GONZALEZ MALDONADO's arrest biographic information was submitted via an Immigration Alien Query. The report disclosed that GONZALEZ MALDONADO was the subject of FBI Number 25010XB4, State Identification Number NC0988071A, Immigration A-file Number 095-128-043, and that immigration records indicated that he was previously removed from the United States without record of legal re-entry;

r. on September 24, 2017, an ICE Detainer (I247) was lodged with the Union, North Carolina, County Jail;

s. on November 1, 2017, GONZALEZ MALDONADO entered ICE custody and was processed as a Notice of Intent/Decision to Reinstate Prior Order (agency form I-871);

t. on April 18, 2018, the United States District Court for the Western District of North Carolina convicted GONZALEZ MALDONADO for Illegal Reentry of a Convicted Felon, in violation of Title 8, United States Code, Section 1326(a) and (b)(1), and sentenced him for a term of imprisonment of eight (8) months and one (1) year of supervised release (Case Number 3:17-cr-00325);

u. on July 2, 2018, a Warrant of Removal/Deportation (agency form I-205) was executed by including his fingerprint, photo, and signature, and GONZALEZ MALDONADO was removed on foot from the United States to Mexico at Brownsville, Texas, being advised prior to removal that he could not enter, attempt to

enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

v. on November 1, 2018, the United States Border Patrol encountered GONZALEZ MALDONADO at/near Roma, Texas. GONZALEZ MALDONADO was determined to be unlawfully present in the United States and processed as a Notice of Intent/Decision to Reinstate Prior Order (agency form I-871);

w. On July 3, 2019, the United States District Court for the Southern District of Texas, convicted GONZALEZ MALDONADO for being found in the United States after a previous deportation, in violation of Title 8, United States Code, Section 1326(a) and (b), and sentenced him for a term of imprisonment of ten (10) months (Case Number 7:18cr01951);

x. on July 3, 2019, GONZALEZ MALDONADO was found to have violated the terms and conditions of supervised release set forth at time of sentencing (April 18, 2018) in the United States District Court for the Western District of North Carolina (Case Docket 3:17cr00325). The Court revoked the supervised release and sentenced GONZALEZ MALDONADO to "time served";

y. on August 31, 2019, a Warrant of Removal/Deportation (agency form I-205) was executed by including his fingerprint, photo, and signature, and GONZALEZ MALDONADO was removed on foot from the United States to Mexico at Laredo, Texas, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

z. on March 18, 2020, the United States Border Patrol encountered GONZALEZ MALDONADO at/near Laredo, Texas. GONZALEZ MALDONADO was determined to be unlawfully present in the United States and processed as a Notice of Intent/Decision to Reinstate Prior Order (agency form I-871);

aa. on March 21, 2020, a Warrant of Removal/Deportation (agency form I-205) was executed by including his fingerprint, photo, and signature, and GONZALEZ MALDONADO was removed on foot from the United States to Mexico at Laredo, Texas, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

bb. on December 30, 2022, the Lancaster County, South Carolina, Sheriff's Office arrested GONZALEZ MALDONADO for FELONY DOMESTIC/DOMESTIC VIOLENCE – 1ST DEGREE. The arrest prints were submitted to the FBI pursuant to the federal initiative Secure Communities via an Immigration Alien Query. The fingerprint-based report disclosed that GONZALEZ MALDONADO was the subject of FBI Number 25010XB4, State Identification Numbers NC0988071A and SC02475928, Immigration A-file Number 095-128-043, and that immigration records indicated that he was previously removed from the United States without record of legal re-entry. The same day, an Immigration Detainer (agency form I247A) was lodged with the Lancaster County, South Carolina, Detention Center;

  cc. on August 8, 2023, GONZALEZ MALDONADO pled guilty to the lesser offence of Domestic Violence, 2nd Degree in Lancaster County, South Carolina, Court of General Sessions. GONZALEZ MALDONADO was sentenced to "time served";

  dd. on August 9, 2023, GONZALEZ MALDONADO entered ICE custody and was processed as a Notice of Intent/Decision to Reinstate Prior Order (agency form I-871);

  ee. on September 9, 2023, a Warrant of Removal/Deportation (agency form I-205) was executed by including his fingerprint, photo, and signature, and GONZALEZ MALDONADO was removed on foot from the United States to Mexico at Nogales, Arizona, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

9.  That, on January 30, 2026, GONZALEZ MALDONADO was released from the custody of Mecklenburg County, North Carolina, Jail into ICE custody after completing his sentence for ASSAULT ON GOVERNMENT OFFICIAL/EMPLOYEE. GONZALEZ MALDONADO was transported to the ICE offices in Charlotte, North Carolina, where he was interviewed and fingerprinted. GONZALEZ MALDONADO's fingerprints were submitted through the Next Generation Identification (NGI) system, which is connected to the National Crime Information Center (NCIC), and an automated biometric identification system used by ICE termed IDENT. The reports generated by that submission disclosed that GONZALEZ MALDONADO was the subject of FBI Number 25010XB4, Immigration A-file Number 095-128-043, and State Identification Numbers NC0988071A and SC02475928; and

10.  That, on February 6, 2026, after a thorough review of the A-file, your Affiant conducted record checks of immigration indices and was unable to locate any record that GONZALEZ MALDONADO applied for, or was granted, permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for admission to the United States after deportation or removal.

## CONCLUSION

Based on the above information, your Affiant respectfully requests the issuance of a criminal complaint against FRANCISCO GONZALEZ MALDONADO for violating 8 U.S.C. §§ 1326(a) and (b)(2) (illegal reentry by an aggravated felon).

_____
Consuelo Burch, Deportation Officer
United States Immigration and Customs Enforcement

Sworn to and subscribed before me this 11th day of February 2026,

_____
Honorable David C. Keesler
United States Magistrate Judge