# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

**FILED**
Charlotte
Mar 05 2026
U.S. District Court
Western District of N.C.

**RECEIVED**
**UNITED STATES MARSHAL**
**1:36 pm, Feb 12 2026**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FRANCISCO GONZALEZ MALDONADO,<br>a/k/a FRANCISCO MALDONADO,<br>a/k/a FRANCISCO MALDONADO GONZALEZ,<br>a/k/a JUAN MARTINEZ | Case No. 3:26MJ 21-DCK |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* FRANCISCO GONZALEZ MALDONADO
who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry by a Convicted Aggravated Felon (8 U.S.C. § 1326(a) & (b)(2))

Date: 2/11/2026

*Issuing officer's signature*

City and state: Charlotte, North Carolina

Honorable David C. Keesler, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 2-12-2026, and the person was arrested on (date) 2-13-2026
at (city and state) Charlotte, NC.

Date: 2-13-2026

*Arresting officer's signature*

DO
*Printed name and title*

Case: 3:26-mj-00021-DCK-001   Document 2   Filed 02/12/2026   Page 1 of 1
Case 3:26-mj-00021-DCK   Document 7   Filed 03/05/26   Page 1 of 1